

NORTH CAROLINA WESTERN
MEMORANDUM

Date: December 11, 2015
To: The Honorable Robert J. Conrad
United States District Court Judge



From: Valerie G. Debnam
United States Probation Officer
Subject: Cottone, Chris
International Travel

---

On June 19, 2014, the defendant was sentenced by Your Honor for the offense of Conspiracy to Defraud the United States in violation of 18 U.S.C.371 and received a three (3) years' Probation term. He was ordered to pay $100 special assessment and a $4,000 fine with 100 hours of community service.

On June 19, 2014, Mr. Cottone commenced supervision in the Southern District of Florida. He has remained in the Southern District of Florida and is on the Low Intensity caseload. According to his Probation Officer there have been no instances of noncompliance. Mr. Cottone has completed his community service hours and paid his fine and special assessment in full. He lives in a stable residence with his wife and minor children at their home located in Davie, Florida. He remains employed and co-owns Greentree Financial Group, in Plantation, Florida.

Mr. Cottone has requested permission to travel to Guangzhou, China, from January 18, 2016, through January 24, 2016, to attend an employee's wedding. He will be staying at Tianlun Dynasty Hotel in Guangzhou, China.

It is recommended that Mr. Cottone be allowed to travel to China, as long as he remains in compliance with the terms and conditions of his probation.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704)-350-6656.

( x ) Permission to Travel Approved

( ) Permission to Travel Denied

( ) Other

Signed: December 11, 2015

_____
Robert J. Conrad, Jr.
United States District Judge